IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| FRONTERA EXPRESS LIMITED LIABILITY COMPANY | § § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00008 |
| NEW ALLIANCE INSURANCE BROKERS, INC. | § § § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, New Alliance Insurance Brokers, Inc., the defendant in the above-entitled and numbered cause, and files this its notice of removal, and in support thereof would respectfully show unto this Honorable Court as follows:

**I.
STATE COURT ACTION**

1. This case was initially filed on January 13, 2022 in the 293rd Judicial District Court of Maverick County, Texas. The state court action is Cause No. 22-01-40734-MCV, styled <u>Frontera Express Limited Liability Company v. New Alliance Insurance Brokers, Inc.</u>, filed in the 293rd Judicial District Court of Maverick County, Texas.

**II.
PARTIES**

2. The plaintiff, Frontera Express Limited Liability Company ("Frontera"), is a Texas corporation with its principal place of business in Eagle Pass, Texas.

3. The defendant, New Alliance Insurance Brokers, Inc. ("New Alliance"), is a California corporation with its principal place of business in Long Beach, California.

### III.
### JURISDICTION

4. This Court has jurisdiction over the subject matter of this cause pursuant to 28 U.S.C. § 1332 because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this cause is removable pursuant to 28. U.S.C. § 1441 and § 1446.

5. Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the state court action was filed.

### IV.
### TIMELINESS

6. New Alliance was served with process and the plaintiff's original petition on January 31, 2023. Thirty days have not elapsed since New Alliance was served with process. Accordingly, pursuant to 28 U.S.C. § 1446, this notice of removal is timely and proper.

### V.
### ATTACHMENTS

7. Pursuant to 28 U.S.C. § 1446(a), the following exhibits are attached hereto and incorporated herein by reference for all purposes:

    a. Exhibit A:    Civil cover sheet;

    b. Exhibit B:    Supplement to JS 44 civil cover sheet;

    c. Exhibit C:    Copies of all executed processes in the case, if any;

    d. Exhibit D:    Copies of all pleadings asserting causes of action and all answers to such pleadings;

e.  Exhibit E:   Copies of all orders signed by the state court judge, if any;

f.  Exhibit F:   A copy of the state court docket sheet; and

g.  Exhibit G:   An index of matters being filed.

## VI.
## CONDITIONS PRECEDENT

8.   New Alliance has tendered the filing fee required by the Clerk of the United States District Court for the Western District of Texas, Del Rio Division, along with this notice of removal.  A copy of this notice of removal is also being filed in the 293rd Judicial District Court of Maverick County, Texas, and all counsel of record are being provided with complete copies.

## VII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, New Alliance Insurance Brokers, Inc. respectfully requests that the above action, Cause No. 22-01-40734-MCV, styled <u>Frontera Express Limited Liability Company v. New Alliance Insurance Brokers, Inc.</u>, filed in the 293rd Judicial District Court of Maverick County, Texas, be removed to this Court.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

WILKINS | GIRE PLLC
350 Pine Street, Suite 660
Beaumont, Texas 77701
T:  (409) 241-8094
F:  (409) 750-7826

/s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
gwilkins@wilkinsgire.com

**ATTORNEY FOR DEFENDANT, NEW ALLIANCE INSURANCE BROKERS, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also forwarded it to all known counsel of record by email.

/s/ Greg C. Wilkins
Greg C. Wilkins