AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

FRONTERA EXPRESS LIMITED
LIABILITY COMPANY,
    Plaintiff,

v.

NEW ALLIANCE INSURANCE
BROKERS, INC.,
    Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-23-CV-008-AM/JAC

**FILED** NOV 09 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

It is hereby ORDERED that the claims against the Defendant New Alliance Insurance Brokers, Inc. are DISMISSED WITHOUT PREJUDICE.

___11/9/2023___
Date

___Philip J. Devlin___
Clerk

_____
(By) Deputy Clerk